ALTON M. JOHNSON CO., a/k/a Alton M. Johnson Company, judgment creditor, Petitioner, Respondent,

and

Gary Frederickson, Intervenor, Respondent,

v.

M.A.I. COMPANY, formerly Mutual Agency, Inc., et al., Judgment Debtors,

and

Employers Reinsurance Corporation, garnishee, Petitioner, Appellant.

No. C3-89-1042.

Supreme Court of Minnesota.

Nov. 21, 1990.

Editor's Note: Correct appearances of counsel in the opinion published at 463 N.W.2d 277 are as follows:

Peter Lind, Foster, Waldeck & Lind, Ltd., Minneapolis, for appellant.

Herbert C. Davis, Davis & Racette, Chartered, St. Louis Park, for Alton M. Johnson Co.

Howard Helgen, Tierney, Norton & Helgen, P.A., Minneapolis, for Gary Frederickson.

Vicki Rizzolo, American Family Ins., Eden Prairie, Marcus Christianson, Christianson, Stoneberg, Giles & Myers, Marshall, Peter W. Riley, DeParcq, Hunegs, Stone, Koneg & Reid, P.A., Kathleen Mock, Ins. Federation of Minn., St. Paul, R.M. Blanchard, William M. Hart, Raymond L. Tahnk-Johnson, Meagher & Geer, Phillip A. Cole, Kay Nord Hunt, Lommen, Nelson, Cole & Stageberg, P.A., Minneapolis, amicus curiae.